## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
301-344-0632

### MEMORANDUM ORDER

TO:       Counsel of Record

FROM:     Judge Peter J. Messitte

RE:       Walter Black, III v. USAA General Indemnity Company, *et al.*
          No. 21-cv-1581-PJM

DATE:     July **23**, 2024

* * *

The Court has received the Parties' Joint Report Under Rule 26(f) (ECF No. 77). It understands the Parties could not agree on whether a deadline to amend the pleadings or add parties is necessary.

Plaintiff has requested that the Court set a deadline to join parties or amend pleadings four months from the date this Order is issued. The Court finds no prejudice to Defendants in doing so. It therefore will grant Plaintiff's request. The Court otherwise adopts the scheduling order as proposed and agreed upon by the Parties in the Joint Report. *See* ECF No. 77 at 2–4.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and Clerk is directed to docket it accordingly.

_____
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:    Court File