IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND, SOUTHERN DIVISION

| | |
|---|---|
| **Walter Black** individually and on behalf of all others similarly situated,<br><br>　　　　　　　**Plaintiff,**<br><br>vs.<br><br>**USAA General Indemnity Company, et al.,**<br><br>　　　　　　　**Defendants.** | **Case No. 8:21-cv-1581-PJM** |

**AGREED MOTION FOR EXTENSION OF TIME**

　　For the reasons set forth below, Plaintiff respectfully moves this Court, pursuant to Local Rule 105(9), for an order extending the current deadlines set forth in the Joint Report Under Rule 26(f) (Dkt. 77) and entered by this Honorable Court's Memorandum Order of July 23, 2024 (Dkt. 78) by 60 days. All Parties consent to this motion.

　　1.　　On or about July 18, 2024, the Parties filed a Joint Report Under Rule 26(f) that included a detailed scheduling order that set forth a schedule and deadlines for the completion of discovery and other case management needs. By Memorandum Order, this Honorbale Court entered the scheduling order on July 23, 2024.

　　2.　　Since the entry of the Court's Memorandum Order, the Parties have been diligently working on discovery in this matter including exchange of written discovery as well as discovery geared towards efforts in preparation of the mediation that occurred on November 7, 2024, with the Honorable Benson Legg (Retired). While a resolution was not reached on November 7, 2024, efforts towards resolution continue. The Parties intend to exchange additional information and

continue engagement with Judge Legg to try and resolve this matter.

3. The Parties continue to work though on-going discovery issues as this matter encompasses a rather large time frame, dating back to 2011 with certain documents not readily available to Defendants. This and other discovery challenges may delay the deposition dates and case management needs that the scheduling order currently has set.

4. Therefore, to allow for sufficient time for the Parties to continue the mediation process and if unsuccessful, complete discovery and all case management issues, the parties agree that an extension of all deadlines set forth in the scheduling order is warranted. The Parties believe that a 60 day extension will be sufficient for these purposes.

WHEREFORE, for the foregoing reasons, the Plaintiff respectfully requests that this Court grant this Motion and extend all deadlines set forth in the Scheduling Order, described herein, by 60 days.

Dated: November 15, 2024            Respectfully submitted,

/s/ Jonathan P. Kagan
Jonathan P. Kagan, Bar No. 23181
**KAGAN STERN MARINELLO & BEARD, LLC**
238 West Street
Annapolis, MD 21401
Phone: (410) 216-7900
Facsimile: (410) 705-0836
Email: kagan@kaganstern.com

Keith T. Vernon*
**TIMONEY KNOX, LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (202) 349-9864
Fax: (202)776-0136
Email: kvernon@timoneyknox.com

Andrew W. Knox*
Kathleen M. Vermilion*
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA 19034
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: aknox@timoneyknox.com
Email: kvermilion@timoneyknox.com

Andrea R. Gold
Gemma Seidita*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW
Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com
Email: gseidita@tzlegal.com

Jonathan Shub*
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
Email: jshub@shublawyers.com

Karen M. Kohn
**THE KOHN LAW GROUP, PLLC**
1717 K Street, NW, Suite 900
Washington, D.C. 20006
Phone: (202) 465-8686
Facsimile: (202) 871-7394
Email: karen@thekohnlawgroup.com

**Admitted pro hac vice*
*Attorneys for Plaintiff*

3