**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

WALTER BLACK III, KEITH BARR, WAYNE BEST, and DAVID FANT SR., individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

USAA GENERAL INDEMNITY COMPANY, GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, UNITED SERVICES AUTOMOBILE ASSOCIATION, USAA CASUALTY INSURANCE COMPANY,

*Defendants.*

Case No. 8:21-CV-01581-LKG

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on April 28, 2026 at 10:00 A.M. at the United States District Court of the District of Maryland, Greenbelt Division, 6500 Cherrywood Lane, Suite 400, Greenbelt, MD 20770, before the Honorable Lydia Kay Griggsby, Plaintiffs Walter Black III, Keith Barr, Wayne Best, and David Fant Sr. move this Court to grant Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement. In support of this Motion, Plaintiff submits an accompanying Memorandum of Law, the declaration of Andrea R. Gold in support of Plaintiffs' Motion and Plaintiffs' Motion for Attorneys' Fees, Costs, and Service awards (filed concurrently), the declaration of Susan Waskiewicz, the Settlement Agreement attached as Exhibit 1, and a Proposed Order Granting Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Plaintiffs' Motion for Attorneys' Fees and Costs, and Service Awards attached as Exhibit 2.

Dated: March 16, 2026

Respectfully submitted,

*/s/ Jonathan P. Kagan*
Jonathan P. Kagan (Bar No. 23181)
**KAGAN STERN MARINELLO & BEARD, LLC**
238 West Street
Annapolis, MD 21401
Phone: (410) 216-7900
Facsimile: (410) 705-0836
Email: kagan@kaganstern.com

Keith T. Vernon*
**TIMONEY KNOX, LLP**
1717 K Street NW, Suite 900
Washington, DC 20006
Phone: (202) 349-9864

Andrew W. Knox*
Kathleen M. Vermilion*
**TIMONEY KNOX, LLP**
400 Maryland Drive
Fort Washington, PA 19034
Phone: (215) 646-6000
Facsimile: (215) 591-8246
Email: kvernon@timoneyknox.com
Email: aknox@timoneyknox.com
Email: kvermilion@timoneyknox.com

Andrea R. Gold (Bar No. 18656)
Gemma Seidita*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave. NW
Suite 1010
Washington, D.C. 20006
Phone: (202) 973-0900
Facsimile: (202) 973-0950
Email: agold@tzlegal.com
Email: gseidita@tzlegal.com

**Admitted Pro Hac Vice*

*Class Counsel for Plaintiffs and the Settlement Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2026, a true and correct copy of the foregoing document was filed with the Court utilizing its ECF system, which will send notice of such filing to all counsel of record.

*/s/Jonathan P. Kagan*
Jonathan P. Kagan, Esq.