**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| WALTER BLACK, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 21-cv-1581- LKG |
| v. | ) ) | Dated:  April 28, 2026 |
| USAA GENERAL INDEMNITY COMPANY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**<u>ORDER</u>**

On March 16, 2026, the Plaintiffs in this class action matter, Walter Black III, Keith Barr, Wayne Best and David Fant, Sr., filed an unopposed motion for final approval of class action settlement to resolve their claims against the Defendants in this case, United Services Automobile Association ("USAA"), USAA General Indemnity Company ("USAA General"), Garrison Property and Casualty Insurance Company ("Garrison") and USAA Casualty Insurance Company ("USSA Casualty").  *See* ECF No. 114.  The Plaintiffs have also filed a motion for award of attorneys' fees, costs and service awards to the named Plaintiffs in this case.  ECF No. 115.  The Court held a hearing on these motions on April 28, 2026.

For the reasons stated during the hearing, the Court **ORDERS** that the Plaintiffs **SUPPLEMENT** their motion for attorneys' fees, costs and service awards (ECF No. 115) and the attorney declarations in support thereof, **on or before May 1, 2026**, with the following information:

      (1) The hourly rates of each attorney and paralegal that worked on this case;

      (2) The location of the law firm;

      (3) A statement that the hourly rates of each attorney and paralegal are normal and customary given the location of the law firm; and

(4) Any updated figure for the requested litigation costs.


**IT IS SO ORDERED.**


s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge